Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
DEL MAR DATATRAC, INC and
FISERV, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>          Plaintiff,<br><br>   vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>          Defendants. | No.: 08-cv-00545-BEN (POR)<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>The Honorable Louisa S Porter |

Pursuant to Civ. L.R. 40.2, defendants Del Mar Datatrac, Inc and Fiserv, Inc., each respectively provide the following statement identifying all their parent corporations and listing any publicly held company that owns 10% or more of the parties' stock.

TVC Capital, L.P., TVC Capital 12-4-0 Fund, L.P, Northgate Private Equity Partners III, L.P., and NPEP III-Q, LLC, each hold more than 10% of the shares of Defendant Del Mar Datatrac, Inc.

Defendant Fiserv, Inc., a publicly traded corporation, has no parent companies and has no shareholders owning more than 10% of its stock.

DATED: April 14, 2008                    REED SMITH LLP


By   /s Christopher O. Rivas
     Christopher O. Rivas
     Attorneys for Defendants
     DEL MAR DATATRAC, INC,
     AND FISERV, INC.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On April 14, 2008, I served the following document(s) by the method indicated below:

*NOTICE OF PARTIES WITH FINANCIAL INTEREST*

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by causing the document(s) listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service (*via UPS*) for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via e-mail to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 14, 2008, at Los Angeles, California.

_____
Arthur Escalante

- 1 -

PROOF OF SERVICE

## SERVICE LIST

*American Residential Equities, LLC,*
*v.*
*Del Mar DataTrac, Inc. and FISERV, Inc.*
Case No. 08-cv-00545-BEN (POR)

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| NO CM/ECF FILERS | *Counsel for Plaintiff* |
| | Christopher J. Greene, Esq. |
| | BRANT, ABRAHAM, REITER, |
| | McCORMICK & GREENE, P.A. |
| | 50 North Laura Street |
| | Suite 2750 |
| | Jacksonville, FL 32202 |
| | |
| | *Former Counsel for Defendants* |
| | Adam D. Palmer, Esq. |
| | SCHOEPPL & BURKE, P.A. |
| | 4651 North Federal Hwy. |
| | Boca Raton, FL 33431-5133 |

DOCSLA-15635889.1

- 2 -
PROOF OF SERVICE