FILED

08 APR 15 PM 2:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>Defendants. | No.: 08-cv-00545-BEN (POR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On April 11, 2008, Defendants Del Mar Datatrac, Inc and Fiserv, Inc., filed a request for an extension of time to respond to the Complaint. For good cause shown, it is hereby ordered that the time within which Defendants Del Mar Datatrac, Inc and Fiserv, Inc. may respond to the Complaint in the above matter is hereby extended to April 28, 2008.

Dated: 4/14, 2008.

_____
HON. ROGER T. BENITEZ
United States District Judge