Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
DEL MAR DATATRAC, INC and
FISERV, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>Defendants. | No.: 08-cv-00545-BEN (POR)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>The Honorable Louisa S Porter |

Defendants Del Mar Datatrac, Inc., and Fiserv, Inc., hereby request the Court approve the substitution of Christopher O. Rivas of the law firm Reed Smith LLP, as attorney of record in place and stead of Adam D. Palmer of the law firm Schoeppl & Burke, P.A. Pursuant to Civ. L.R. 83.3(g)(2), below is a consent to this substitution signed by defendants Del Mar Datatrac, Inc., and Fiserv, Inc., attorney Christopher O. Rivas on behalf of Reed Smith LLP, and attorney Adam D. Palmer on behalf of Schoeppl & Burke, P.A.;

DATED: April 25, 2008                REED SMITH LLP

By _____
Christopher O. Rivas
Attorneys for Defendants
DEL MAR DATATRAC, INC,
AND FISERV, INC.
crivas@reedsmith.com

Schoeppl & Burke, PA. hereby consents to this substitution and withdraws as counsel of record in this action for Del Mar Datatrac, Inc., and Fiserv, Inc.

DATED: April ___, 2008              SCHOEPPL & BURKE, P.A.

By _____
Adam D. Palmer

Del Mar Datatrac, Inc., and Fiserv, Inc. hereby consent to this substitution

DATED: April ___, 2008              FISERV, INC.

By _____
Name: Michael Gordan
Title: Assistant General Counsel

1  Defendants Del Mar Datatrac, Inc., and Fiserv, Inc., hereby request the Court approve
2  the substitution of Christopher O. Rivas of the law firm Reed Smith LLP, as attorney of
3  record in place and stead of Adam D. Palmer of the law firm Schoeppl & Burke, P.A.
4  Pursuant to Civ. L.R. 83.3(g)(2), below is a consent to this substitution signed by defendants
5  Del Mar Datatrac, Inc., and Fiserv, Inc., attorney Christopher O. Rivas on behalf of Reed
6  Smith LLP, and attorney Adam D. Palmer on behalf of Schoeppl & Burke, P.A.;

8  DATED: April ___, 2008        REED SMITH LLP

10         By   s/ Christopher O. Rivas
              Christopher O. Rivas
11            Attorneys for Defendants
              DEL MAR DATATRAC, INC,
12            AND FISERV, INC.
              crivas@reedsmith.com

15  Schoeppl & Burke, PA. hereby consents to this substitution and withdraws as counsel of
16  record in this action for Del Mar Datatrac, Inc., and Fiserv, Inc.

18  DATED: April ___, 2008        SCHOEPPL & BURKE, P.A.

20         By_____
              Adam D. Palmer

22  Del Mar Datatrac, Inc., and Fiserv, Inc. hereby consent to this substitution

24  DATED: April ___, 2008        FISERV, INC.

26         By_____
           Name: Michael Gordan
27         Title: Assistant General Counsel

Defendants Del Mar Datatrac, Inc., and Fiserv, Inc., hereby request the Court approve the substitution of Christopher O. Rivas of the law firm Reed Smith LLP, as attorney of record in place and stead of Adam D. Palmer of the law firm Schoeppl & Burke, P.A. Pursuant to Civ. L.R. 83.3(g)(2), below is a consent to this substitution signed by defendants Del Mar Datatrac, Inc., and Fiserv, Inc., attorney Christopher O. Rivas on behalf of Reed Smith LLP, and attorney Adam D. Palmer on behalf of Schoeppl & Burke, P.A.;

DATED: April ___, 2008           REED SMITH LLP


By___s/ Christopher O. Rivas_____
   Christopher O. Rivas
   Attorneys for Defendants
   DEL MAR DATATRAC, INC,
   AND FISERV, INC.
   crivas@reedsmith.com


Schoeppl & Burke, PA. hereby consents to this substitution and withdraws as counsel of record in this action for Del Mar Datatrac, Inc., and Fiserv, Inc.

DATED: April 22nd, 2008          SCHOEPPL & BURKE, P.A.

                                 By_____/s/_____
                                    Adam D. Palmer


Del Mar Datatrac, Inc., and Fiserv, Inc. hereby consent to this substitution

DATED: April ___, 2008           FISERV, INC.


                                 By_____
                                 Name: _Michael Gordan_____
                                 Title: _Assistant General Counsel___

1  DATED: April 22, 2008               DEL MAR DATATRAC, INC.

                                        By _____
                                        Name: Jeb Spencer
                                        Title: Chairman

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On April 25, 2008, I served the following document(s) by the method indicated below:

***REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY***

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by causing the document(s) listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service (*via UPS*) for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via e-mail to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 25, 2008, at Los Angeles, California.

_____
Arthur Escalante

- 1 -

PROOF OF SERVICE

## SERVICE LIST

*American Residential Equities, LLC,*
*v.*
*Del Mar DataTrac, Inc. and FISERV, Inc.*
Case No. 08-cv-00545-BEN (POR)

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| NO CM/ECF FILERS | *Counsel for Plaintiff* <br><br> Christopher J. Greene, Esq. <br> **BRANT, ABRAHAM, REITER,** <br> **MCCORMICK & GREENE, P.A.** <br> 50 North Laura Street <br> Suite 2750 <br> Jacksonville, FL 32202 <br><br> *Former Counsel for Defendants* <br><br> Adam D. Palmer, Esq. <br> **SCHOEPPL & BURKE, P.A.** <br> 4651 North Federal Hwy. <br> Boca Raton, FL 33431-5133 |

DOCSLA-15635889.1