FILED

08 APR 28 PM 4:38

CLERK. U.S. DISTRICT CT.
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ECL___                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC, | No.: 08-cv-00545-BEN (POR) |
| Plaintiff, | **ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY** |
| vs. | |
| DEL MAR DATATRAC, INC and FISERV, INC., | |
| Defendants. | |

This matter came before the Court on the request of defendants Del Mar Datatrac, Inc., and Fiserv, Inc., to substitute Christopher O. Rivas of the law firm Reed Smith LLP, as attorney of record instead of Adam D. Palmer of the law firm Schoeppl & Burke, P.A.

IT IS HEREBY ORDERED that Christopher O. Rivas of the law firm Reed Smith LLP, be substituted as attorney of record for defendants Del Mar Datatrac, Inc., and Fiserv, Inc., instead of Adam D. Palmer of the law firm Schoeppl & Burke, P.A.

Dated: __4/28__, 2008.

_____
Roger T. Benitez
U.S. District Judge