Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
DEL MAR DATATRAC, INC. and
FISERV, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>Defendants. | No.: 08-cv-00545-BEN (POR)<br><br>Assigned to The Honorable Roger Benitez<br><br>**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>Date: June 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br><br>Venue Transferred: March 24, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, plaintiff American Residential Equities, LLC's ("Plaintiff") has not filed an opposition to defendants Del Mar Datatrac, Inc., and Fiserv, Inc., ("Defendants") Partial Motion to Dismiss Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (the "Motion"). Pursuant to Civil Local Rule 7.1.e.2., Plaintiff's opposition to the Motion should have been filed at least fourteen (14) calendar days before the June 23, 2008 hearing, *i.e.*, on June 9, 2008.

As of June 16, 2008, Defendants have not been served with Plaintiff's Opposition and, according to this court's docket; no such Opposition has been filed. Pursuant to Civil Local Rule 7.1.f.3, "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." Accordingly, Defendants respectfully request that the Court grant the Motion in its entirety, and specifically that (1) Fiserv, Inc. be dismissed from this action, and (2) Plaintiff's claims for Fraud in the Inducement, Negligent Misrepresentation, and under Florida's Deceptive and Unfair Trade Practices Act be dismissed, with prejudice.

DATED: June 17, 2008            REED SMITH LLP


                                By   s/ Christopher O. Rivas
                                   Christopher O. Rivas
                                   Attorneys for Defendants
                                   DEL MAR DATATRAC, INC,
                                   AND FISERV, INC.
                                   crivas@reedsmith.com

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On June 17, 2008, I served the following document(s) by the method indicated below:

*NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS*

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by causing the document(s) listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service (*via UPS*) for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via e-mail to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 17, 2008, at Los Angeles, California.

/s/ Arthur Escalante
Arthur Escalante

- 1 -
PROOF OF SERVICE

## SERVICE LIST

*American Residential Equities, LLC,*
*v.*
*Del Mar DataTrac, Inc. and FISERV, Inc.*
Case No. 08-cv-00545-BEN (POR)

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| NO CM/ECF FILERS | *Counsel for Plaintiff* |
| | Christopher J. Greene, Esq. |
| | BRANT, ABRAHAM, REITER, McCORMICK & GREENE, P.A. |
| | 50 North Laura Street |
| | Suite 2750 |
| | Jacksonville, FL 32202 |

DOCSLA-15635889.1