```
 1  Erwin J. Shustak (CA Bar No. 119152)
    Email: shustak@shufirm.com
 2  Robert Hill (CA Bar No. 241624)
    Email: rhill@shufirm.com
 3  SHUSTAK FROST & PARTNERS, P.C.
    410 West "A" Street, Suite 2330
 4  San Diego, California 92101
    Telephone: (619) 696-9500
 5  Facsimile: (619) 615-5290

 6  Attorneys for Plaintiff
    AMERICAN RESIDENTIAL EQUITIES, LLC
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC, | Case No. 08-cv-00545-BEN (POR) |
| Plaintiff, | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| vs. | |
| DEL MAR DATATRAC, INC and FISERV, INC., | The Honorable Roger T. Benitez |
| Defendants. | |

Plaintiff American Residential Equities, LLC ("ARE"), hereby requests the Court approve the substitution of Robert L. Hill of SHUSTAK FROST & PARTNERS, P.C., in place of Christopher J. Greene, Esq. of BRANT, ABRAHAM, REITER, MCCORMICK & GREEN, P.A., as attorney of record. Pursuant to Local Rules Civ. Rule 83.3(g)2, below is a consent to this substitution signed by Plaintiff ARE, attorney Robert L. Hill of SHUSTAK FROST & PARTNERS, P.C., and attorney Christopher J. Greene of BRANT, ABRAHAM, REITER, MCCORMICK & GREENE, P.A..

| | |
|---|---|
| DATED: June 24, 2008 | Submitted by, |
| | SHUSTAK FROST & PARTNERS, P.C.<br>ERWIN J. SHUSTAK<br>ROBERT L. HILL |
| | _____s/Robert L. Hill_____<br>ROBERT L. HILL |
| | 401 West "A" Street, Suite 2330<br>San Diego, CA 92101<br>Telephone: (619) 696-9500<br>Facsimile: (619) 615-5290 |
| | Attorneys for Plaintiff American Residential Equities, L.L.C. |

BRANT, ABRAHAM, REITER, MCCORMICK & GREENE, P.A., hereby consents to this substitution and withdraws as counsel of record in this action for American Residential Equities, LLC.

| | |
|---|---|
| DATED: June 23, 2008 | BRANT, ABRAHAM, REITER, MCCORMICK & GREENE, P.A<br>CHRISTOPHER J. GREENE |
| | _____<br>CHRISTOPHER J. GREENE |

Plaintiff American Residential Equities, LLC, hereby consents to this substitution.

| | |
|---|---|
| DATED: June 23, 2008 | AMERICAN RESIDENTIAL EQUITIES, LLC |
| | _____<br>Name: Frederick Newstein<br>Title: Vice President |