1. Erwin J. Shustak (CA Bar No. 119152)
   Email: shustak@shufirm.com
2. Robert Hill (CA Bar No. 241624)
   Email: rhill@shufirm.com
3. **SHUSTAK FROST & PARTNERS, P.C.**
   410 West "A" Street, Suite 2330
4. San Diego, California 92101
   Telephone: (619) 696-9500
5. Facsimile: (619) 615-5290

6. Attorneys for Plaintiff
   AMERICAN RESIDENTIAL EQUITIES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC, | Case No. 08-cv-00545-BEN (POR) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | The Honorable Roger T. Benitez |
| DEL MAR DATATRAC, INC and FISERV, INC., | |
| Defendants. | |

## **DECLARATION OF SERVICE**

I, Robert L. Hill, declare as follows:

I am employed in the County of San Diego, California; I am over the age of eighteen years and am not party to this action. My business address is 401 West "A" Street, Suite 2330, San Diego, California, 92101. On June 24, 2008, I served the following document:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

**(X) BY ECF (ELECTRONIC CASE FILING):** I e-filed the above referenced document utilizing the United States District Court, Southern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

1

08-cv-00545-BEN (POR)

1 **(X)  BY MAIL:** I deposited said document in a box or other facility regularly maintained by the United States Postal Service to counsel listed below at the address shown.

Christopher J. Greene
BRANT, ABRAHAM, REITER, MCCORMICK & GREENE, P.A
50 North Laura Street, Suite 2750
Jacksonville, FL 32202

    I certify under the penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed on June 24, 2008, at San Diego, California.

                                                         /s Robert L. Hill_____
                                                         ROBERT L. HILL