# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>       Defendants. | No.: 08-cv-00545-BEN (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

    This matter coming before the Court upon the parties' Joint Motion to Extend Briefing Schedule for Defendants' Motion and Partial Motion to Dismiss Complaint, and the Court being fully apprised of all facts in support thereof; IT IS HEREBY ORDERED, that Plaintiff shall have until July 9 to file an opposition to Defendants' Motion to Dismiss; and Defendants shall have until July 21 to file a reply to Plaintiff's opposition.  No further extensions will be granted.

///

////

///

///

DATED: June 23, 2008

_____

Hon. Roger T. Benitez
United States District Judge