UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>Defendants. | Case No. 08-cv-00545-BEN (POR)<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

This matter came before the Court on the request of Plaintiff American Residential Equities, LLC, to substitute Robert L. Hill of the law firm of Shustak Frost & Partners, P.C., as attorney of record instead of Christopher J. Greene of the law firm of Brant, Abraham, Reiter, McCormick & Greene, P.A.

IT IS HEREBY ORDERED that Robert L. Hill of the law firm of Shustak Frost & Partners, P.C., be substituted as attorney of record for Plaintiff American Residential Equities, LLC, instead of Christopher J. Greene of the law firm of Brant, Abraham, Reiter, McCormick & Greene, P.A.

Dated: _June 30_, 2008

Roger T. Benitez
U.S. District Judge

1