Erwin J. Shustak (CA Bar No. 119152)
Email: shustak@shufirm.com
Robert Hill (CA Bar No. 241624)
Email: rhill@shufirm.com
**SHUSTAK FROST & PARTNERS, P.C.**
410 West "A" Street, Suite 2330
San Diego, California 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Plaintiff
AMERICAN RESIDENTIAL EQUITIES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RESIDENTIAL EQUITIES, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>DEL MAR DATATRAC, INC and FISERV, INC.,<br><br>          Defendants. | Case No. 08-cv-00545-BEN (POR)<br><br>**DECLARATION OF SERVICE**<br><br>The Honorable Roger T. Benitez |

I, Robert L. Hill, declare as follows:

I am employed in the County of San Diego, California. I am over the age of eighteen years and am not party to this action. My business address is 401 West "A" Street, Suite 2330, San Diego, California, 92101. On July 8, 2008, I served the following document:

**PLAINTIFF AMERICAN RESIDENTIAL EQUITIES, LLC'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

 **(X)   BY ECF (ELECTRONIC CASE FILING):** I e-filed the above referenced document utilizing the United States District Court, Southern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under the penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed on July 8, 2008, at San Diego, California.

                                                                                       s/ Robert L. Hill_____
                                                                                       ROBERT L. HILL